**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YANIRA ACOSTA CRUZ, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>SMITH COMMONS DC, LLC, et al.<br><br>    Defendants. | Case No. 16-02540-BAH |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against all Defendants *with prejudice*, each party to bear its own costs.

Date: August 31, 2018

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*

/s/ Ashley Wiggins, Esq.
ASHLEY WIGGINS, #481557
GRIFFIN, MURPHY, MOLDENHAUER
& WIGGINS, LLP
1912 Sunderland Place NW
Washington, DC 20036
Phone: (202) 530-7169
awiggins@washlaw.com

*Counsel for Defendants*